UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**JOSE MOUX,**

          **Plaintiff,**

-vs-                                      Case No.  6:05-cv-1132-Orl-19JGG

**IN ON CABLE INSTALLERS, INC.**

          **Defendant.**

_____

# ORDER

This case comes before the Court on the parties' Joint Stipulation for Dismissal with Prejudice. (Doc. No. 23, filed on January 20, 2006).  In the Joint Stipulation, the parties aver that they have executed a confidential settlement agreement and general release whereby all the pending claims in the action have been fully resolved. (*Id.*)  Plaintiff and Defendant move for entry of an Order of Final Dismissal with Prejudice. (*Id.*)

In his complaint, Plaintiff alleges that Defendant repeatedly and willfully violated Section 7 and Section 15 of the Fair Labor Standards Act ("FLSA") by failing to compensate Plaintiff at a rate not less than one and one-half times the regular rate at which he was employed for work weeks longer than forty (40) hours. (Doc. No. 1, filed on August 1, 2005, ¶ 10).  While the parties have asked the Court to enter an Order of Final Dismissal with Prejudice, there are only two ways in which back wage claims arising under the FLSA can be settled by employees. *Lynn's Food Stores, Inc. v. United States*, 679 F.2d 1350, 1352 (11th Cir. 1982).  First, under section 216(c), the Secretary of Labor may supervise payment to employees of unpaid wages. *Id.* at 1353.  The other route to settle an FLSA claim requires the district court to scrutinize the settlement agreement for fairness prior to the entry of a stipulated judgment. *Id.*  (explaining that "the district court may enter a stipulated judgment after

scrutinizing the settlement for fairness").

In the instant case, the first method is not applicable, and the parties have not submitted a proposed settlement agreement to be scrutinized by the Court. Therefore, the Court reserves ruling on the parties' Motion to Enter an Order of Final Dismissal with Prejudice. A hearing will be held on Thursday, February 16th at 9:00AM at the George C. Young United States Courthouse and Federal Building, Courtroom 1, 80 N. Hughey Ave, 6th Floor, Orlando, Florida 32801 to allow the Court to scrutinize the settlement agreement for fairness and enter an Order on this Motion..

**DONE** and **ORDERED** in Chambers in Orlando, Florida on January __25,____ 2006.

_____
PATRICIA C. FAWSETT, CHIEF JUDGE
UNITED STATES DISTRICT COURT

Copies furnished to:

Counsel of Record